■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GOODIN, Appellant. [865 NYS2d 567]—Appeals by the defendant from two judgments of the Supreme Court, Kings County (Firetog, J.), both rendered November 3, 2003, convicting him of criminal sale of a prescription for a controlled substance under indictment No. 8773/01, and criminal sale of a prescription for a controlled substance under superior court information No. 2894/03, upon his pleas of guilty, and imposing sentences.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GOODIN, Appellant. [865 NYS2d 567]—Appeal by the defendant from a judgment of the Supreme Court, Queens County, (Buchter, J.), rendered October 28, 2003, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Miller and Eng, JJ., concur.